No. 304. HARRISON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Wallace Miller, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 7, Misc. ROBINSON *v.* MARONEY, WARDEN. Superior Court of Pennsylvania, Pittsburgh District. Certiorari denied. Petitioner *pro se. Anne X. Alpern,* Attorney General of Pennsylvania, and *Frank P. Lawley,* Deputy Attorney General, for respondent.

No. 149, Misc. WATTLEY ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. Petitioners *pro se. Solicitor General Rankin, Assistant Attorney General Rice* and *Lee A. Jackson* for respondent.

No. 153, Misc. BARBER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 220, Misc. RUSSELL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 234, Misc. JONES *v.* MONTANA. Supreme Court of Montana. Certiorari denied.

No. 240, Misc. BRATE *v.* NEW YORK. County Court of Albany County, New York. Certiorari denied. *Sol Greenberg* for petitioner.